**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,      :
                                :
                                :        **12 CR 859(VM)**
      -against-         :       **DECISION AND ORDER**
                                :
RUBEN RESTREPO-HOYAS,       :
                                :
              Defendant.   :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

On September 12, 2014, the Court sentenced defendant Ruben Restrepo-Hoyas ("Restrepo-Hoyas") to the mandatory minimum of 120 months' imprisonment following his plea of guilty to one count of conspiring to distribute one kilogram or more of heroin in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A). (See Sentencing Tr., Dkt. No. 303.) Restrepo-Hoyas is currently serving his sentence at Moshannon Valley Correctional Center ("MVCC").

By letter dated December 10, 2020 and received by the Court on January 11, 2021, Restrepo-Hoyas moved the Court for immediate compassionate release under 18 U.S.C. § 3582(c)(1) (the "Motion"). (See Attached Letter.) For the reasons set forth below, the Court GRANTS the Motion.

Restrepo-Hoyas argues that his Motion should be granted for three principal reasons. First, Restrepo-Hoyas contends that his health and age put him at greater risk of serious illness should he contract COVID-19. Restrepo-Hoyas is sixty-

seven years old and has serious medical conditions, including a heart attack suffered in 2016, chronic heart conditions, glaucoma, and high cholesterol. Second, Restrepo-Hoyas argues that his release is warranted because he has served almost 90% of his statutory sentence. Lastly, he contends that he is at little risk of recidivism based on his age and status as a deportable alien. Restrepo-Hoyas asks this Court to reduce his sentence to time served so that he can be released into the custody of immigration authorities and deported to his native Colombia.

At the outset, the Court notes that Restrepo-Hoyas has satisfied Section 3582(c)(1)(A)'s exhaustion requirement. Restrepo-Hoyas petitioned officials at his facility for compassionate release and was found ineligible under BOP guidelines due to his status as a deportable alien.[1] (See Motion at 11 (citing BOP Program Statement 50.50).) The MVCC acting Director of Operations, Angela Dunbar, noted Restrepo-Hoyas "exhausted all of [his] Administrative Remedies." (Id.)

To grant a sentence reduction under 18 U.S.C. § 3582(c)(1), the Court must find that "extraordinary and compelling reasons warrant such a reduction." Under this

---

[1] The BOP guidelines are not binding on the Court, and Restrepo-Hoyas's status as a deportable alien does not render him ineligible for compassionate release under Section 3582(c)(1). See United States v. Juarez-Parra, No. 11 CR 0125, 2020 WL 5645703, at *3 (D.N.M. Sept. 22, 2020).

provision, courts are authorized "to consider the full slate of extraordinary and compelling reasons that an imprisoned person might bring before [the court] in motions for compassionate release." United States v. Brooker, 976 F.3d 228, 237 (2d Cir. 2020). Here, the Court is persuaded that Restrepo-Hoyas has demonstrated "extraordinary and compelling reasons" that warrant his release.

Due to his underlying medical conditions and age, Restrepo-Hoyas is at an increased risk of severe illness should he contract COVID-19. Most notably, Restrepo-Hoyas suffered a heart attack in 2016, which greatly increases his risk of serious illness or death. See generally Jesus Alvarez-Garcia et al., *Prognostic Impact of Prior Heart Failure in Patients Hospitalized with COVID-19*, 76 J. Am. C. Cardiology 2334 (2020). In addition, Restrepo-Hoyas is presently being treated for various chronic heart conditions related to his heart failure, including coronary artery disease, a condition that the Centers for Disease Control and Prevention has said exposes afflicted individuals to "increased risk of severe illness." See *Coronavirus Disease 2019 (COVID-19): People With Certain Medical Conditions*, Ctrs. for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html (last updated Dec. 29, 2020). Moreover,

Restrepo-Hoyas -- although not in the highest risk range due to his age -- is at increased risk because he is sixty-seven years old. See *Coronavirus Disease 2019 (COVID-19): Older Adults*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/older-adults.html (last updated Dec. 13, 2020).

The Court also finds that the detention conditions at MVCC -- where Restrepo-Hoyas sleeps in a dormitory style room with approximately seventy other men (see Motion at 3) -- render COVID-19 precautions such as social distancing practically impossible. See United States v. Juarez-Parra, 11 CR 125, 2020 WL 5645703, at *3 (D.N.M. Sept. 22, 2020) (noting that the same conditions at MVCC made the court "reluctant to wait for a publicized outbreak at [MVCC] before recognizing the danger posed to [defendant] given his many underlying medical conditions"). Thus, although MVCC does not presently have a great number of COVID-19 cases, Restrepo-Hoyas is nonetheless more susceptible to the spread of the virus given the conditions of his detention.

As a result of this combination of his detention conditions, age, and underlying medical conditions, the Court is persuaded that Restrepo-Hoyas has demonstrated "extraordinary and compelling" circumstances warranting his release. See, e.g., United Stats v. Bass, 462 F. Supp. 3d

4

176, 187-88 (N.D.N.Y. 2020)(noting compassionate release was warranted upon finding underlying heart conditions combined with prison conditions); United States v. Bess, 455 F. Supp. 3d 53, 64 (W.D.N.Y. 2020)(finding the same with respect to coronary artery disease); Woodard v. United States, 469 F. Supp. 3d 499, 503 (E.D. Va. 2020)(history of heart attacks); United States v. Dunlap, No. 17 CR 207, 2020 WL 5231359, at *3 (D.D.C. Sept. 2, 2020)(heart abnormality and chest pain); United States v. Al-Jumail, 459 F. Supp. 3d 857, 864-65 (E.D. Mich. May 12, 2020) (coronary artery disease).

Section 3582(c)(1) also requires the Court to "consider[] the factors set forth in Section 3553(a) to the extent they are applicable." 18 U.S.C. § 3582(c)(1)(A). The Court finds that a reduction of Restrepo-Hoyas's term of imprisonment is consistent with the Section 3553(a) factors. In particular, the Court notes that Restrepo-Hoyas has served almost 90% of his statutory term for a nonviolent offense and is slated for release in November of this year. Given the nature of Restrepo-Hoyas's offense and the short amount of time left to be served, "concerns that he must serve his full sentence to ensure respect for the law, effect general deterrence, and prevent sentence disparities are mitigated." Bass, 462 F. Supp. 3d at 190; see also United States v. Molina Acevado, 18 Cr. 365, 2020 WL 3182770, at *4 (S.D.N.Y. June

15, 2020) (finding the Section 3553(a) factors satisfied where "Defendant was convicted of a nonviolent crime, has served the majority of a sentence that balances the seriousness of his criminal conduct and his acceptance of responsibility"); United States v. Levy, No. 16 CR 270, 2020 WL 2393837, at *7 (E.D.N.Y. May 12, 2020)(noting that forcing the defendant to serve out the small remainder of his term in pandemic conditions "would be to require a sentence that is greater than necessary to achieve the purposes of sentencing"). And given Restrepo-Hoyas's age, he poses little risk of recidivism. See Kim Steven Hunt et al., U.S. Sentencing Comm'n, The Effects of Aging on Recidivism Among Federal Offenders 3 (2017). Moreover, because Restrepo-Hoyas will be released to immigration authorities and deported upon his release from prison, his release poses essentially no danger to the community. E.g., United States v. Reyes-De La Rosa, No. 18 CR 55, 2020 WL 3799523, at *4 (S.D. Tex. July 7, 2020). The Court is therefore persuaded that Restrepo-Hoyas's release is consistent with the aims of Section 3553(a).

## I.  ORDER

Accordingly, for the reasons stated above, it is hereby

**ORDERED**, that the motion by defendant Ruben Restrepo-Hoyas ("Restrepo-Hoyas") for compassionate release under 18 U.S.C. § 3582(c)(1) is hereby GRANTED; and it is further

6

**ORDERED,** that Restrepo-Hoyas be released into the custody of Immigration and Customs Enforcement pursuant to his detainer for removal to Colombia.

**SO ORDERED.**

Dated:    New York, New York
          2 February 2021

Victor Marrero
U.S.D.J.

PHILIPSBURG, DECEMBER 10TH, 2020

HONORABLE JUDGE VICTOR MARRERO

DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE

500 PEARL STREET

NEW YORK, NY 10007-1312

REF: RUBEN RESTREPO HOYAS  REGISTER N° 40969-037

DEAR JUDGE MARRERO,

I HOPE THIS LETTER FINDS YOU WELL! AT THIS TIME, I HAVE FULLY EXHAUSTED MY ADMINISTRATIVE REMEDIES AT THE B.O.P LEVEL IN HOPE OF FILING A MOTION FOR "COMPASSIONATE RELEASE".

I RESPECTFULLY ASK THE COURT TO CONSIDER A REDUCTION OF SENTENCE TO TIME SERVED BASED ON "EXTRAORDINARY AND COMPELLING REASONS" PURSUANT TO 18 U.S.C. § 3582 (c)(1)(A)(i). COVID-19 IS AN UNPRECEDENTED GLOBAL HEALTH EMERGENCY THAT PRESENTS A PARTICULARLY SERIOUS RISK TO VULNERABLE PEOPLE LIKE ME, A 66-YEAR-OLD MAN (I'LL TURN 67 IN JANUARY OF 2021) WITH WELL-DOCUMENTED AND SERIOUS MEDICAL CONDITIONS INCLUDING MY HAVING SUFFERED A HEART ATTACK IN 2015 HERE AT MOSHANNON VALLEY WITH ALL ITS IMPLICATIONS, MY SUFFERING FROM HIGH CHOLESTEROL (PRESENTLY, I'M TAKING ATORVASTATIN/LIPITOR 40 MG TABLETS ONCE A DAY), GLAUCOMA IN BOTH EYES AND GIVEN THREE DIFFERENT EYE DROPS:

· TIMOLOL WHICH WAS SUSPENDED BECAUSE OF ITS SIDE-EFFECTS ESPECIALLY THOSE RELATED TO MY HEART CONDITION. IN ADDITION, THIS SAME MEDICATION IS RESPONSIBLE FOR MY NOW HAVING PEYRONIS DISEASE, AN ILLNESS THEY SIMPLY CAN'T OR AREN'T WILLING TO TREAT HERE.

· LATANOPROST WHICH I'M USING NOW BUT WITH LIMITED EFFECTIVENESS SINCE

THIS MEDICATION'S SUGGESTED USE CLEARLY STATES THAT IT'S NOT SUPPOSED TO BE EXPOSED TO THE LIGHT AND UNFORTUNATELY, I LIVE IN AN OPEN "POD" WITH ROUGHLY 70 OTHER INMATES WHERE THE LIGHTS ARE ON MOST OF THE DAY WE HAVE NO WAY OF TURNING THE LIGHTS "ON" OR "OFF"

• BRIMONIDINE TARTRATE OPTHALMIC SOLUTION 0.15% WHICH ALSO HAS SERIOUS SIDE EFFECTS ESPECIALLY RELATED TO MY HEART CONDITION. YOUR HONOR, ON NUMEROUS OCCASIONS, I'VE TRIED TO GET THE NAME AND NUMBER OF THE CARDIOLOGIST WHO TREATED ME AFTER MY HEART ATTACK TO CONSULT HIM REGARDING THE MEDICATIONS I'VE BEEN PRESCRIBED. HOWEVER, SO FAR I'VE GOTTEN NOWHERE.

ONE ADDITIONAL NOTE ON TIMOLOL, THE FIRST OF THE MEDICATIONS PRESCRIBED TO TREAT MY GLAUCOMA. THE OPTOMETRIST HERE AT MOSHANNON PRESCRIBED THIS MEDICATION WITHOUT CONSULTING WITH THE OPHTHALMOLOGIST. NOW, I'M SUFFERING THE CONSEQUENCES WITHOUT BEING ABLE TO SEE OR SPEAKING TO A SPECIALIST. AS YOU CAN IMAGINE, I'M SERIOUSLY WORRIED ABOUT MY WELL-BEING (INCLUDING THE POSSIBILITY OF MY LOSING MY VISION PERMANENTLY).

BACKGROUND

ON NOVEMBER 3RD, 2020, I REQUESTED THAT THE WARDEN HERE AT MOSHANNON VALLEY CONSIDER MY REQUEST FOR "COMPASSIONATE RELEASE" DUE TO MY MEDICAL CONDITIONS AND MY VULNERABILITY DURING THIS COVID-19 PANDEMIC. WARDEN L.J. ODDO DENIED THE REQUEST CITING THAT I HAVE A PUBLIC SAFETY FACTOR OF DEPORTABLE ALIEN AND THEREFORE, APPEAR TO BE INELIGIBLE FOR "COMPASSIONATE RELEASE".

SUBSEQUENTLY, ON NOVEMBER 20TH, 2020 GEO DIRECTOR OF OPERATIONS, ANGELA DUNBAR DENIED MY STEP 2 ADMINISTRATIVE REMEDY STATING THAT I HAVE A DETAINER AND A PUBLIC SAFETY FACTOR OF DEPORTABLE ALIEN DUE TO MY CITIZENSHIP TO COLOMBIA THUS MAKING ME APPARENTLY

INELIGIBLE FOR A "COMPASSIONATE RELEASE" AT THIS TIME.

JAILS AND PRISONS ARE "HOT SPOTS" OF COVID-19. JAILS AND PRISONS CREATE THE IDEAL ENVIRONMENT FOR TRANSMISSION OF CONTAGIOUS DISEASES, PARTICULARLY ONE WHICH SPREADS WITH THE STEALTH OF COVID-19. THE REASON IS READILY APPARENT, LIKE NURSING HOMES, CRUISE SHIPS AND HOMELESS SHELTERS, CORRECTIONAL INSTITUTIONS HOUSE LARGE POPULATIONS IN CLOSE QUARTERS AND SHARED SPACES.

AT MOSHANNON VALLEY, I AM PRESENTLY HOUSED DORMITORY-STYLE WITH APPROXIMATELY 70 OTHER INMATES. IT IS PRACTICALLY IMPOSSIBLE TO "SOCIAL DISTANCE" AS WE ARE QUARANTINED, LOCKED-DOWN IN OUR POD 24-7. NONE OF US HAVE EVER BEEN TESTED FOR COVID-19 EVEN THOUGH AS OF YESTERDAY, THE B.O.P. WEBSITE REPORTS THAT 55 INMATES AT MOSHANNON VALLEY HAVE TESTED POSITIVE. THIS IS SOMETHING NEW SINCE THE WARDEN HAS INSISTED THAT WE HAVE NO POSITIVE CASES DESPITE HAVING AN ENTIRE UNIT; C UNIT HOUSING APPROXIMATELY 400 INMATES RESTRICTED FROM THE REST OF THE COMPOUND FOR WEEKS NOW. IT'S HARD TO BELIEVE THAT NONE OF THOSE INMATES HAVE COVID-19. STAFF LEAVE AND RETURN DAILY, POTENTIALLY INTRODUCING THE VIRUS INTO THE ENVIRONMENT.

DESPITE MEASURES TAKEN BY THE B.O.P. TO PREVENT THE TRANSMISSION OF COVID-19 AMONG ITS INMATE POPULATION, THE VIRUS HAS ALREADY HAD A SERIOUS IMPACT ON MANY B.O.P. FACILITIES. ACCORDING TO THE WASHINGTON POST DATED NOVEMBER 12TH, 2020, MORE THAN 173,000 INMATES NATIONWIDE HAVE CONTRACTED THE CORONAVIRUS, AND ALMOST 1,300 HAVE DIED (AS REPORTED BY THE UCLA LAW COVID-19 BEHIND BARS DATA PROJECT. AT LEAST 37,000 CORRECTIONS WORKERS HAVE TESTED POSITIVE AND 78 HAVE DIED. A STUDY PREPARED FOR THE

NATIONAL COMMISSION ON COVID-19 AND CRIMINAL JUSTICE REPORTS THAT
THE RATE OF CORONAVIRUS CASES IN FEDERAL AND STATE PRISONS IS
MORE THAN FOUR TIMES THE NATIONAL RATE. WHEN ADJUSTED FOR AGE,
SEX AND ETHNICITY, THE MORTALITY RATE IN FEDERAL PRISONS IS
TWICE THAT OF THE GENERAL POPULATION.

CONCLUSION

FOR THE FOREGOING REASONS, I RESPECTFULLY REQUEST THAT
THE COURT GRANT ME A REDUCTION IN SENTENCE TO TIME SERVED
ALLOWING ME TO BE RELEASED TO IMMIGRATION AUTHORITIES.

RESPECTFULLY SUBMITTED

RUBEN RESTREPO

PHILIPSBURG, DECEMBER 12TH, 2020

HONORABLE JUDGE VICTOR MARRERO

DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE

500 PEARL STREET

NEW YORK, NY 10007-1312

REF: RUBEN RESTREPO HOYAS

REGISTER N° 40969-037

DEAR JUDGE MARRERO,

I RESPECTFULLY SUBMIT THIS LETTER TO LET YOU KNOW THAT:

1) I HAVE BEEN WAITING ON MY MEDICAL RECORDS SINCE THE SECOND WEEK OF NOVEMBER. AS YOU CAN SEE ON THE INMATE REQUEST TO A STAFF MEMBER DATED 11/30/20, MEDICAL STATES THAT I HAVE 2 CHARTS AND THAT THEY STILL HAVE 1 MORE CHART TO COPY.

ON 12/08/20, MEDICAL DEDUCTED $34.20 FROM MY INMATE ACCOUNT FOR COPIES OF MY MEDICAL RECORDS. HOWEVER, AS OF TODAY SATURDAY DECEMBER 12TH, I STILL HAVEN'T RECEIVED THEM. FROM MEDICAL TO MY UNIT IS ROUGHLY A 2 MINUTE WALK.

YOUR HONOR, WITH ALL DUE RESPECT I BELIEVE THIS DELAY IN MY MEDICAL RECORDS IS THE INSTITUTION'S WAY OF GETTING BACK AT ME FOR MY WRITING UP THE STAFF.

2) MOSHANNON VALLEY NOW HAS CLOSE TO 100 INMATES WHO
HAVE TESTED POSITIVE INCLUDING 2 IN MY POD/LIVING QUARTERS
IN THE LAST FEW DAYS. AS I MENTIONED IN MY REQUEST FOR
COMPASSIONATE RELEASE, THERE IS VERY LITTLE IF ANY SOCIAL
DISTANCING, NONE OF US HAVE BEEN TESTED FOR COVID-19
AND I FEEL EXTREMELY VULNERABLE CONSIDERING MY MEDICAL
CONDITIONS AND THIS CORONAVIRUS OUTBREAK WHICH SEEMS
TO BE SPREADING LIKE WILDFIRE.

YOUR HONOR, I AM GOING TO SEND YOU EVERYTHING I HAVE
FIRST THING MONDAY MORNING. SHOULD YOU NEED TO SEE MY
MEDICAL RECORDS TO CONFIRM THE VERACITY AND SEVERITY OF
MEDICAL CONDITIONS, I WOULD APPRECIATE THE COURT REQUESTING
MY RECORDS DIRECTLY FROM THIS INSTITUTION.

THANK YOU FOR YOUR CONSIDERATION, RESPECTFULLY,

RUBEN RESTREPO
40969-037

**GEO**

The GEO Group, Inc.

*Sent via email 11/1/21*

# INMATE REQUEST TO A STAFF MEMBER
# PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: MEDICAL RECORDS

(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT: STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

RAZON: ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

On 11-10-20 I submited a request asking for a copy of my medical records. the answer was that I was going to be charge for whatever extra page over 180 wich is ok. the request was stamped as recived on 11-20-20 I dont know why. It's been 17 days since then and I have not heard from you, or got my records. I need them for legal pourposses →

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Restrepo H. Ruben D    No./Numero: 40969-037

CASE MANAGER: Ms. Moschella    DATE: 11-27-20

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: PS    UNIT/UNIDAD: D1-14L

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE)
DATE/FECHA:
DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

WE RECIEVED YOUR REQUEST FOR RECORDS. RECORDS WITH BE FORTH COMING.

REMINDER:

THERE IS A CHARGE OF .10 CENTS PER PAGE FOR ANY PAGES OVER 180.

RECEIVED 11-30-20

Officer/Official   M Brown

IM-004 ATTACHMENT A

you have 2 charts. I am working on it. 1 more chart to copy.

MVCC PS IM-004 10/2005    Page 1 of 1

GEO

**The GEO Group, Inc.**

# INMATE REQUEST TO A STAFF MEMBER
# PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: Ms. Brown, Ms. Hall, mis Nichols (medical Records

**(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)**

SUBJECT: STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

RAZON: ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

It has been 30 days I requested my medical
Records. the money as payment por them has
been withdrawed from my money account 4
days ago. Are you going to realese them to me
ever? I'm needing this coppies to be send to
Honorable Federal Judge Victor Marrero.
Copy of this request to: Mr. S. McArdle, Acting Facility Administ

**(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)**
**(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)**

NAME/NOMBRE: Restrepo H Ruben D          No./Numero: 40969-03

CASE MANAGER: Ms. Moschella          DATE: 12-11-20

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: PC          UNIT/UNIDAD: D1-14 2

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE)
DATE/FECHA:
DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

Officer/Official

IM-004 ATTACHMENT A

MVCC PS IM-004  10/2005          Page 1 of 1

PHILIPSBURG, NOVEMBER 29TH, 2020

HONORABLE JUDGE VICTOR MARRERO
DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007-1312
REF: RUBEN RESTREPO HOYAS
     REGISTER N° 40969-037

JUDGE MARRERO,

     IN ADDITION TO MY PRO-SE MOTION FOR "COMPASSIONATE RELEASE"
I RESPECTFULLY ENCLOSE A NUMBER OF COP-OUTS OR INMATE REQUESTS
TO STAFF FOR YOUR REVIEW AND CONSIDERATION:

     · TO MEDICAL EXPRESSING CONCERN ABOUT THE MEDICATIONS
       PRESCRIBED TO ME AND THEIR POSSIBLE RISKS OR SIDE EFFECTS
       IN LIGHT OF MY MEDICAL CONDITIONS.
     · TO THE WARDEN EXPRESSING CONCERN ABOUT THE STAFF'S
       FAILURE TO WEAR A MASK.

     PLEASE NOTE THAT EVEN THOUGH I AM RESPECTFULLY REQUESTING
YOUR CONSIDERATION FOR "COMPASSIONATE RELEASE", I BELIEVE I ALSO
MEET THE CRITERIA FOR THE "ELDERLY OFFENDER" RELEASE PROGRAM:

     · THE INMATE MUST BE 60 YEARS OF AGE OR OLDER
     · THE INMATE MUST HAVE SERVED AT LEAST 2/3 OF THEIR SENTENCE 88%
     · THE INMATE MUST NOT BE SERVING A SENTENCE OF LIFE IMPRISONMENT

· THE INMATE MUST NOT BE CONVICTED OF A CRIME OF VIOLENCE,
SEX OFFENSE, OFFENSE DESCRIBED IN SECTION 2332 b(g)(5)(B) OF
TITLE 18, OR OFFENSE UNDER CHAPTER 37 OF TITLE 18.

· THE INMATE MUST NOT HAVE EVER ESCAPED, OR ATTEMPTED TO
ESCAPE, FROM A BUREAU INSTITUTION; AND

· THE INMATE MUST HAVE BEEN DETERMINED BY THE BUREAU TO
BE AT NO SUBSTANTIAL RISK OF ENGAGING IN CRIMINAL CONDUCT
OR OF ENDANGERING ANY PERSON OR THE PUBLIC IF RELEASED TO
HOME DETENTION.


THANK YOU FOR YOUR CONSIDERATION,


RUBEN RESTREPO HOYAS
40969-037

Administrative Remedy
Step 2 -- Response

Date Filed:  November 18, 2020                    Remedy ID No.:  MVCF-2020-2-087
Inmate Name: Ruben Restrepo-Hoyos                  Reg. No.:  40969-037

This is in response to your Step 2 Administrative Remedy received November 13, 2020, in which you request a Compassionate Release.

A thorough review of your request was completed.  At present, your information reveals that you have a detainer. During the designation process, the Bureau of Prisons, Designation and Sentence Computation Center, applied the Public Safety Factor of Deportable Alien, due to your citizenship to Columbia. Immigration and Customs Enforcement Officials lodged a detainer on June 1, 2016, for deportation proceedings.

According to Program Statement 5050.50, all detainers and holds should be resolved. Due to this information, you appear ineligible for a compassionate release at this time.

You have exhausted all of your Administrative Remedies at this level.


_____                    11/20/2020
Angela Dunbar, Acting Director of Operations          _____
                                                      Date



**The GEO Group, Inc.**

Correctional Programs
Administrative Remedies

## MOSHANNON VALLEY CORRECTIONAL CENTER
### Step 2 Administrative Remedy Form
### Paso 2 Forma De Remedio Administrativo

| Name:<br>Nombre: RUBEN DARIO RESTREPO-HOYOS | BOP Number:<br>BOP Numero: 40969-037 |
|---|---|
| Date:<br>Fecha: 11/06/20 | Housing Assignment:<br>Unidad Asignada: D-1/14 L |

| FOR OFFICIAL USE ONLY – PARA USO OFICIAL SOLAMENTE | | |
|---|---|---|
| Date Received: | Remedy #: | Date Due: |

### Complaint – Reclamo

Describe your complaint in the section below.  Be as concise as possible, but be sure to include enough identifying data to assist in a through investigation (e.g. dates, names, locations, times, etc…) Attach one (1) additional page if necessary and the Informal Resolution Form and Step 1 response with any other supporting documentation.

Describe su telaino en la seccion de abajo.  Dea lo mas breve posible, pero asegurese de incluir suficiente informacion para asistir en una completa investigacion (pe.. Fechas, nombres, ubicaciones, tiempos, etc…) Agregue una pagina si es necesario.

---

MS. ANGELA DUNCAN
GEO DIRECTOR OF OPERATIONS
13777 BALLANTYNE CORPORATE PLACE, SUITE 200
CHARLOTTE, NC 28277

DEAR MS. DUNCAN,

ENCLOSED PLEASE FIND MY STEP 2 ADMINISTRATIVE REMEDY FOR YOUR REVIEW AND CONSIDERATION.

RESPECTFULLY SUBMITTED,

RUBEN RESTREPO
40969-037

---

Inmate Signature

11/06/20
Date



**GEO**
The GEO Group, Inc.

**Moshannon Valley Correctional Facility**



## INMATE REQUEST TO A STAFF MEMBER
## PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: WARDEN L. J. ODDO, FACILITY ADMINISTRATOR

(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFICIAL)

SUBJECT:    STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU
DESIRE ASSISTANCE AND WHAT YOU THINK SHOULD BE DONE. (GIVE
DETAILS)

RAZON:    ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL
DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

I WOULD APPRECIATE YOUR CONSIDERING ME FOR "COMPASSIONATE
RELEASE" AMID THIS PRESENT COVID-19 PANDEMIC.
* THE EXTRAORDINARY OR COMPELLING CIRCUMSTANCES INCLUDE MY AGE
66, MY POOR STATE OF HEALTH WHICH INCLUDES MY HAVING SUFFERED A
HEART ATTACK IN 2015 HERE AT MOSHANNON VALLEY, THE CORONA-VIRUS
PANDEMIC, THE LITTLE IF ANY SOCIAL DISTANCING AND TESTING HERE →

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.) (USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES ECESITADO.)

NAME/NOMBRE: RUBEN RESTREPO

NO. / Numero: 40969-037

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: EDU PROG        UNIT/UNIDAD: D-1/14 L

> NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.
> NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida e inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE) DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

DATE/FECHA: 11/3/2020

Please see attached response.

Officer/Official

SEC-003    Updated 08-2010

AT MVCC AND THE FACT THAT I'VE ALREADY SERVED 88%
OF MY SENTENCE.

• MEDICATIONS: PRESENTLY, I'M TAKING THE FOLLOWING MEDICATIONS:
ATORVASTATIN 10 MG ONCE A DAY
BABY ASPRIN 81 MG ONCE A DAY
NITROGLYCERINE (WHICH I CARRY AT ALL TIMES)

• RELEASE PLANS: IF I WERE TO BE RELEASED, I COULD LIVE WITH
MY SISTER-IN-LAW LINA ZAPATA AT CR 82-CALLE 95 #450 INTERIOR
232, MEDELLIN, COLOMBIA. PHONE 011(574)363-3097. TO SUPPORT
MYSELF, I PLAN ON WORKING AT GUACALES Y EMPAQUES ANTIOQUIA
CRA 65 #18-10 MEDELLIN, COLOMBIA PHONE 011(574)444-332. MY FINANCIAL
SUPPORT WOULD COME PRIMARILY FROM MY KIDS MICHELLE TAMAYO,
KEVIN TAMAYO AND PAULA TAMAYO (ALL THREE ARE U.S. CITIZENS).

AWAITING YOUR COMMENTS AND THANK YOU AGAIN,

RUBEN RESTREPO
40969-037

SHOULD I REQUIRE MEDICAL ATTENTION, I WOULD GO TO CLÍNICA
CARDIOVASCULAR SANTA MARÍA, CALLE 78 B #75-21 MEDELLÍN, COLOMBIA, S A.
011(574)322-7090 OR CLÍNICA OFTALMOLOGÍA SAN DIEGO CRA. 43 # 29-35
MEDELLÍN, COLOMBIA S A. 011(574) 462-6363. IF NECESSARY, I COULD COVER THIS.

GEO

The GEO Group, Inc.

OCT 2 7

# INMATE REQUEST TO A STAFF MEMBER
# PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: LJ ODDO   THE FACILITY WARDEN

(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT:    STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE,
           AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

RAZON:      ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA
           ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

SIR, I WILL LIKE TO BE CONSIDER FOR COMPASSIONATE
RELEASE, DUE TO MY POOR HEALTH AND MY AGE
I AM 67 YEARS OF AGE, HAD HEART ATTACK IN 2015,
WHICH QUALIFIED ME FOR THE CURRENT 2/3 RELEASE
PROGRAM. ALSO I HAVE SERVED 90% OF MY TERM
KINDLY LOOK INTO THIS AND YOUR TIMELY ACTION WILL
BE DEEPLY APPRECIATED.

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Restrepo H. Ruben D    No./Numero: 40969-037

CASE MANAGER: Ms. Moschella      DATE: 10/26/20

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: PE      UNIT/UNIDAD: D1-14L

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE)
DATE/FECHA: 10/27/2020
DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

Please see attached response. Resubmit
request with appropriate details included.

Officer/Official

IM-004 ATTACHMENT A

MVCC PS IM-004  10/2005                                      Page 1 of 1

# MEMORANDUM



**The GEO Group, Inc.**

Date:       October 27, 2020

To:         Restrepo-Hoyos, Ruben Dario
            Reg. No.: 40969-037

From:       L. J. Oddo, Facility Administrator

Moshannon Valley
Correctional Facility
555 GEO Drive
Philipsburg, PA 16866
(814)768-1200

www.geogroup.com

**RE:        INMATE REQUEST TO A STAFF MEMBER**

I am in receipt of your Inmate Request to a Staff Member requesting a Compassionate Release.

Per BOP PS 5050.50, Compassionate Release/Reduction in Sentence, you must provide the extraordinary or compelling circumstances which could not reasonably have been foreseen by the court at the time of your sentencing.  Your request to the Facility Administrator must at a minimum contain:

1. The extraordinary or compelling circumstances that the inmate believes warrant consideration.

2. Proposed release plans, including where the inmate will reside, how the inmate will support himself/herself, and, if the basis for the request involves the inmate's health, information on where the inmate will receive medical treatment, and how the inmate will pay for such treatment.

I trust this addresses your concerns.



November 3, 2020

Inmate:   Restrepo-Hoyos, Ruben Dario
Reg. No.:  40969-037

GEO Secure Services™
Moshannon Valley Correctional Facility
555 GEO Drive
Philipsburg, PA 16866
Tel: 814-768-1200

www.geogroup.com

Re:   Inmate Request to Staff requesting Consideration of Compassionate Release.

I write in response to the Compassionate Release Request received November 2, 2020. A review of the request has been completed pursuant to Bureau of Prisons Program Statement 5050.50 dated January 17, 2019, <u>Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C §§ 3582 and 4202(g)</u>.

After careful review of your request, it appears that you are ineligible based on the requirements for consideration set forth by the Bureau of Prisons.

**Detainer Status:** (Yes) or No – If an inmate has an ICE Detainer or the Public Safety Factor of Deportable Alien, the inmate is ineligible for community based programs to include halfway house, home confinement, and compassionate releases; however, if a decision is made in regards to his deportation status and he is determined to be not deportable, the inmate becomes eligible for those programs.

The following section would need to be filled out on all eligible cases:

***Twelve (12) month institutional history:***
N/A ENCLOSED PLEASE FIND MY 12-MONTH INSTITUTIONAL HISTORY FOR YOUR REVIEW AND CONSIDERATION.

***Verifiable release plan:***
N/A IF I WERE TO BE RELEASED, I COULD LIVE WITH MY SISTER-IN-LAW LINA ZAPATA AT CR 82- CALLE 95 # 450 INTERIOR 232, MEDELLIN, COLOMBIA 011(574)363-3097.

***Offense History:***
N/A OFF/CHG = 21:846 CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE HEROIN, IN VIOLATION OF 21:841(B)(1)(A)

***Security Level of Facility:***
N/A PRESENTLY, I AM INCARCERATED AT MOSHANNON VALLEY, A LOW SECURITY LEVEL FACILITY IN PHILIPSBURG, PENNSYLVANIA.



**PATTERN Score:**

_N/A ENCLOSED PLEASE FIND MY "PATTERN SCORE" FOR YOUR REVIEW AND_
_CONSIDERATION._

*Age and vulnerability of the inmate to COVID-19, in accordance with the CDC Guidelines:*
_N/A PRESENTLY, I AM 66 AND SUFFER FROM POOR HEALTH INCLUDING THE_
_CONSEQUENCES OF HAVING HAD A HEART ATTACK IN 2015 HERE AT MVCC, THE_
_COVID-19 PANDEMIC, THE LITTLE IF ANY SOCIAL DISTANCING AND LACK OF TESTING_
*Other Factors:* _HERE AT THIS INSTITUTION._
During the designation process, the Bureau of Prisons, Designation and Sentence Computation
Center, applied the Public Safety Factor of Deportable Alien, due to your citizenship to Colombia.
Immigration and Customs Enforcement Officials re-lodged a detainer on June 1, 2016, and a
decision by immigration officials in regards to your deportation status remains pending and you
must be made available for IHP processing before the Executive Office of Immigration Review.

Given the above factors, it does not appear that you are eligible for Compassionate Release. This
recommendation is non-final and may be appealed thru the Bureau of Prisons Administrative
Remedy Procedures outlined in the Inmate Admission and Orientation Handbook.

It should also be noted that we are following the CDC and Bureau of Prisons Guidelines for social
distancing, sanitation, education, screening of staff and inmates, and quarantine, as well as
established universal precautions to every extent possible.

Sincerely,

I. J. Oddo
Facility Administrator


cc:          SSIM
             Contracting Officer

```
  MVCA0  540*23  *          SENTENCE MONITORING          *    10-27-2020
  PAGE 001        *          COMPUTATION DATA             *    07:04:09
                              AS OF 10-27-2020

REGNO..: 40969-037 NAME: RESTREPO-HOYOS, RUBEN DARIO


FBI NO...........: 175917EA4        DATE OF BIRTH: 01-20-1954  AGE:  66
ARS1.............: MVC/A-DES
UNIT.............: UNIT D            QUARTERS.....: D01-014L
DETAINERS........: YES              NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 05-06-2021

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  11-06-2021 VIA GCT REL


                 RELEASE AUDIT COMPLETED ON 10-14-2020 BY DSCC
----------------------CURRENT JUDGMENT/WARRANT NO: 020 ----------------------

COURT OF JURISDICTION..........: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER...................: 12 CR 859
JUDGE..........................: MARRERO
DATE SENTENCED/PROBATION IMPOSED: 09-12-2014
DATE COMMITTED.................: 10-03-2014
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

                FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $100.00        $00.00          $00.00       $00.00

RESTITUTION...:  PROPERTY: NO  SERVICES:  NO      AMOUNT: $00.00

-----------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  391    21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21:846 CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO
         DISTRIBUTE HEROIN, IN VIOLATION OF 21:841(B)(1)(A)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:  120 MONTHS
 DATE OF OFFENSE................: 12-18-2012




G0002      MORE PAGES TO FOLLOW . . .
```

```
  MVCA0  540*23 *              SENTENCE MONITORING          *     10-27-2020
  PAGE 002          *          COMPUTATION DATA             *     07:04:09
                                AS OF 10-27-2020
```

REGNO..: 40969-037 NAME: RESTREPO-HOYOS, RUBEN DARIO


------------------------CURRENT COMPUTATION NO: 020 -------------------------

COMPUTATION 020 WAS LAST UPDATED ON 10-08-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 11-07-2014 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010

DATE COMPUTATION BEGAN..........: 09-12-2014
TOTAL TERM IN EFFECT............:   120 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    10 YEARS
EARLIEST DATE OF OFFENSE........: 12-18-2012

JAIL CREDIT.....................:      FROM DATE      THRU DATE
                                       02-05-2013     09-11-2014

TOTAL PRIOR CREDIT TIME.........: 584
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 456
TOTAL GCT EARNED................: 330
STATUTORY RELEASE DATE PROJECTED: 11-06-2021
ELDERLY OFFENDER TWO THIRDS DATE: 10-07-2019
EXPIRATION FULL TERM DATE.......: 02-05-2023
TIME SERVED.....................:       7 YEARS       8 MONTHS      23 DAYS
PERCENTAGE OF FULL TERM SERVED..:  77.2
PERCENT OF STATUTORY TERM SERVED:  88.2

PROJECTED SATISFACTION DATE.....: 11-06-2021
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 10-31-14: COMP ENTERED. D/SPS  02-19-16: GED UNSAT. D/SPS
                10-8-19:GED NON-PROMOTABLE UPDT D/DMR




G0002      MORE PAGES TO FOLLOW . . .
```

```
 .  MVCA0  540*23 *          SENTENCE MONITORING          *     10-27-2020
   PAGE 003 OF 003 *          COMPUTATION DATA             *     07:04:09
                              AS OF 10-27-2020
```

REGNO..: 40969-037 NAME: RESTREPO-HOYOS, RUBEN DARIO


----------------------------- CURRENT DETAINERS: -----------------------------

```
DETAINER NO..: 002
DATE LODGED..: 02-19-2013
AGENCY.......: IMMIGRATION & CUSTOMS ENFORCE
AUTHORITY....: IMMIGRATION & CUSTOMS ENFORCEMENT
CHARGES......: POSSIBLE DEPORTATION
               RELODGE 06-01-2016 ALLENWOOD, PA
```

```
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

# GEO
**The GEO Group, Inc.**

## INMATE REQUEST TO A STAFF MEMBER
## PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: MS. MOSCHELA, CASE MANAGER

(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

**SUBJECT:** STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

**RAZON:** ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

I WOULD APPRECIATE IF YOU COULD GIVE ME A COPY OF MY 12-MONTH INSTITUTIONAL HISTORY, MY "PATTERN SCORE", MY MOST RECENT TEAM AND COMPUTATION SHEET

THANK YOU,

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: RUBEN RESTREPO          No./Numero: 40969-037

CASE MANAGER: ~~MORGAN/DODA~~ MS. MOSCHELA      DATE: 11/06/20

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: EDU PROG     UNIT/UNIDAD: D-1/14L

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.  You will be interviewed, if necessary, in order to satisfactorily handle your request.  Your failure to specifically state your problem may result in no action being taken.

NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente.  Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente.  Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE)
DATE/FECHA:
DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

Officer/Official

IM-004 ATTACHMENT A

DATE REVIEWED: 12/6/19

INSTITUTION: MVC          UNIT: D
INMATE NAME: Restrepo Hoyos   REG NO: 40969-037
               Ruben Dario

FIRST STEP ACT (Circle One):        ELIGIBLE    /    INELIGIBLE

RECIDIVISM RISK LEVEL (Circle One):  MINIMUM  LOW  MEDIUM    HIGH

```
  MVCAF  540*23 *              SENTENCE MONITORING        *     11-06-2020
  PAGE 001          *          COMPUTATION DATA           *     11:01:21
                                AS OF 11-06-2020

REGNO..: 40969-037 NAME: RESTREPO-HOYOS, RUBEN DARIO


FBI NO...........: 175917EA4          DATE OF BIRTH: 01-20-1954  AGE:  66
ARS1.............: MVC/A-DES
UNIT.............: UNIT D               QUARTERS.....: D01-014L
DETAINERS........: YES                  NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 05-06-2021

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  11-06-2021 VIA GCT REL



              RELEASE AUDIT COMPLETED ON 10-14-2020 BY DSCC
---------------------CURRENT JUDGMENT/WARRANT NO: 020 --------------------

COURT OF JURISDICTION...........: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER...................: 12 CR 859
JUDGE..........................: MARRERO
DATE SENTENCED/PROBATION IMPOSED: 09-12-2014
DATE COMMITTED.................: 10-03-2014
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO


             FELONY ASSESS  MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.: $100.00      $00.00         $00.00        $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 -----------------------
OFFENSE CODE....:  391     21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21:846 CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO
         DISTRIBUTE HEROIN, IN VIOLATION OF 21:841(B)(1)(A)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   120 MONTHS
 DATE OF OFFENSE................: 12-18-2012




G0002       MORE PAGES TO FOLLOW . . .
```

```
   MVCAF  540*23  *           SENTENCE MONITORING         *     11-06-2020
   PAGE 002        *          COMPUTATION DATA            *     11:01:21
                                 AS OF 11-06-2020


REGNO..: 40969-037 NAME: RESTREPO-HOYOS, RUBEN DARIO


------------------------CURRENT COMPUTATION NO: 020 -------------------------

COMPUTATION 020 WAS LAST UPDATED ON 10-08-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 11-07-2014 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010

DATE COMPUTATION BEGAN..........: 09-12-2014
TOTAL TERM IN EFFECT............:   120 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    10 YEARS
EARLIEST DATE OF OFFENSE........: 12-18-2012

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    02-05-2013    09-11-2014


TOTAL PRIOR CREDIT TIME.........: 584
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 456
TOTAL GCT EARNED................: 330
STATUTORY RELEASE DATE PROJECTED: 11-06-2021
ELDERLY OFFENDER TWO THIRDS DATE: 10-07-2019
EXPIRATION FULL TERM DATE.......: 02-05-2023
TIME SERVED.....................:       7 YEARS      9 MONTHS      2 DAYS
PERCENTAGE OF FULL TERM SERVED..:  77.5
PERCENT OF STATUTORY TERM SERVED:  88.5

PROJECTED SATISFACTION DATE.....: 11-06-2021
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 10-31-14: COMP ENTERED. D/SPS  02-19-16: GED UNSAT. D/SPS
                10-8-19:GED NON-PROMOTABLE UPDT D/DMR
```

```
   MVCAF  540*23 *          SENTENCE MONITORING        *    11-06-2020
   PAGE 003 OF 003 *         COMPUTATION DATA           *    11:01:21
                             AS OF 11-06-2020

REGNO..: 40969-037 NAME: RESTREPO-HOYOS, RUBEN DARIO


---------------------------- CURRENT DETAINERS: ----------------------------

DETAINER NO..: 002
DATE LODGED..: 02-19-2013
AGENCY.......: IMMIGRATION & CUSTOMS ENFORCE
AUTHORITY....: IMMIGRATION & CUSTOMS ENFORCEMENT
CHARGES......: POSSIBLE DEPORTATION
               RELODGE 06-01-2016 ALLENWOOD, PA
```

```
G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

```
   MVCAF  542*22 *          SENTENCE MONITORING          *      11-06-2020
   PAGE 001 OF 001 *          GOOD TIME DATA             *      11:01:30
                            AS OF  11-06-2020


 REGNO...: 40969-037    NAME: RESTREPO-HOYOS, RUBEN DARIO
 ARS 1...: MVC A-DES                                   PLRA
 COMPUTATION NUMBER..: 020                     PRT  ACT DT:
 LAST UPDATED: DATE.: 10-08-2019         FACL..: DSC    CALC: AUTOMATIC
 UNIT...............: UNIT D             QUARTERS...........: D01-014L
 DATE COMP BEGINS....: 09-12-2014        COMP STATUS........: COMPLETE
 TOTAL JAIL CREDIT...: 584               TOTAL INOP TIME.....: 0
 CURRENT REL DT......: 03-12-2022 SAT    EXPIRES FULL TERM DT: 02-05-2023
 PROJ SATISFACT DT...: 11-06-2021 SAT    PROJ SATISF METHOD..: GCT REL
 ACTUAL SATISFACT DT.:                   ACTUAL SATISF METHOD:
 DAYS REMAINING......:                   FINAL PUBLC LAW DAYS:
 GED PART STATUS.....: 02-08-2016 GED UNSAT   DEPORT ORDER DATED..: 0000000000


 ------------------------------GOOD CONDUCT TIME AMOUNTS------------------------

    START       STOP      MAX  POSSIBLE TO       ACTUAL TOTALS    VESTED    VESTED
    DATE        DATE      DIS   FFT            DIS    FFT         AMOUNT     DATE
  02-05-2013  02-04-2014   54     54
  02-05-2014  02-04-2015   54    108
  02-05-2015  02-04-2016   54    162
  02-05-2016  02-04-2017   42    204
  02-05-2017  02-04-2018   42    246
  02-05-2018  02-04-2019   42    288
  02-05-2019  02-04-2020   42    330
  02-05-2020  02-04-2021   42
  02-05-2021  02-04-2022   42
  02-05-2022  02-05-2023   42


     TOTAL EARNED AMOUNT.........................................:      330
     TOTAL EARNED AND PROJECTED AMOUNT...........................:      456
```

G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

```
MVCAF   606.00 *     MALE CUSTODY CLASSIFICATION FORM      *     11-06-2020
PAGE 001 OF 001                                                   11:01:05
                           (A) IDENTIFYING DATA
REG NO..: |40969-037|          FORM DATE: 01-28-2020          ORG: MVC
NAME....: RESTREPO-HOYOS, RUBEN DARIO
                                    MGTV: NONE
PUB SFTY: ALIEN                     MVED:
                           (B) BASE SCORING
DETAINER: (0) NONE              SEVERITY.......: (3) MODERATE
MOS REL.: 21                    CRIM HIST SCORE: (02) 3 POINTS
ESCAPES.: (0) NONE              VIOLENCE.......: (1) > 10 YRS MINOR
VOL SURR: (0) N/A               AGE CATEGORY...: (0) 55 AND OVER
EDUC LEV: (2) NO VERFD HS/ NO GED   DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                           (C) CUSTODY SCORING
TIME SERVED.....: (5) 76-90%    PROG PARTICIPAT: (1) AVERAGE
LIVING SKILLS...: (1) AVERAGE   TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE      FAMILY/COMMUN..: (4) GOOD


                   --- LEVEL AND CUSTODY SUMMARY ---

BASE CUST VARIANCE  SEC TOTAL   SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
 +8  +19    -3         +5         LOW          N/A            IN     DECREASE


G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```



### Individualized Reentry Plan - Program Review  (Inmate Copy)
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: RESTREPO-HOYOS, RUBEN DARIO  40969-037

SEQUENCE: 01266179
Team Date: 06-22-2020

| | | | |
|---|---|---|---|
| Facility: | MVC  MOSHANNON VALLEY CI | Proj. Rel. Date: | 11-06-2021 |
| Name: | RESTREPO-HOYOS, RUBEN DARIO | Proj. Rel. Mthd: | GCT REL |
| Register No.: | **40969-037** | DNA Status: | NYM02703 / 02-25-2013 |
| Age: | 66 | | |
| Date of Birth: | 01-20-1954 | | |

**Detainers**

| Detaining Agency | Remarks |
|---|---|
| POSSIBLE DEPORTATION | RELODGE 06-01-2016 ALLENWOOD, PA |

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MVC | PRO ED ORD | ED ORDERLIES | 01-23-2020 |

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MVC | ESL EXEMPT | ESL NEED-PERMANENTLY EXEMPT | 10-29-2014 |
| MVC | GED UNSAT | GED PROGRESS UNSATISFACTORY | 02-08-2016 |
| MVC | GED XN | EXEMPT GED NON-PROMOTABLE | 06-27-2016 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MVC | C | CONT. ED. ENGLISH GRAMMAR | 02-27-2019 | 06-21-2019 |
| MVC | W | ESL/LITERACY 1400-1530 | 01-14-2016 | 02-02-2016 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 08-24-2005 |
| SCRN1-MH | SCRN1-MENTAL HEALTH | 09-22-2014 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 09-23-2019 |
| WGT 15 LB | WEIGHT-NO LIFTING OVER 15 LBS | 09-23-2019 |
| YES F/S | CLEARED FOR FOOD SERVICE | 09-23-2019 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| ED WAIT HX | DRUG EDUCATION WAIT-RQ HIST | 10-06-2014 |

**FRP Details**

| Most Recent Payment Plan |
|---|

| | | | |
|---|---|---|---|
| **FRP Assignment:** | **COMPLT   FINANC RESP-COMPLETED** | **Start: 10-22-2014** | |
| Inmate Decision: | **AGREED**    **$25.00** | Frequency: | **QUARTERLY** |
| Payments past 6 months: | **$0.00** | Obligation Balance: | **$75.00** |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $75.00 | IMMEDIATE | WAIT PLAN |
| | *** NO ADJUSTMENTS MADE IN LAST 6 MONTHS *** | | | | |
| 2 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | *** NO ADJUSTMENTS MADE IN LAST 6 MONTHS *** | | | | |

**Payment Details**

Trust Fund Deposits - Past 6 months:  $1,286.36          Payments commensurate ?   Y

New Payment Plan: | ** No data ** |



**Individualized Reentry Plan - Program Review  (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: RESTREPO-HOYOS, RUBEN DARIO  40969-037

SEQUENCE: 01266179
Team Date: 06-22-2020

Most Recent Payment Plan

## Progress since last review

Earned satisfactory/ average work evaluations as a Pro Ed Orderly, maintained clear conduct, completed English Grammar class, and did not enroll in any new classes.

## Next Program Review Goals

Earn good work evaluations.
Maintain clear conduct.
Enroll in educational/vocational classes.
**Watch the callouts for the 40 hour drug program.
His short term goal would be to enroll in a literacy, wellness, or leisure course.
Participate in organized recreational activities.
Stay in contact with family and friends.

## Long Term Goals

Completed by PRD of 11-06-2021.

Earn good work evaluations as a Pro Ed Orderly to demonstrate good work ethic.
Maintain clear conduct to ensure no loss of privileges and to earn all available good conduct time.
Enroll in educational/vocational classes to further your education and to learn a skill/ trade to be used upon release.
**Watch the callouts for the 40 hour drug program to learn the long term effects of alcohol/ drug abuse. His long term goal would be to complete an ACE, wellness or leisure class by next program review.
Participate in organized recreational activities, hobby craft, and reading books to promote good health and well being.
Stay in contact with family and friends by writing letters, telephone calls, and visits to maintain a strong support system.

## RRC/HC Placement

No.
Criminal alien releasing to custody of ICE.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources : N/A
- Offense : N/A
- Prisoner : N/A
- Court Statement : N/A
- Sentencing Commission : N/A

Criminal alien releasing to custody of ICE

## Comments

ITTCO, No Current Treaty exists between the United States and the foreign country.



## Individualized Reentry Plan - Program Review  (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: RESTREPO-HOYOS, RUBEN DARIO  40969-037

SEQUENCE: 01266179

Team Date: 06-22-2020

|  |  |  |  |
|---|---|---|---|
| Name: | RESTREPO-HOYOS, RUBEN | DNA Status: | NYM02703 / 02-25-2013 |
| Register No.: | **40969-037** | | |
| Age: | 66 | | |
| Date of Birth: | 01-20-1954 | | |

_____

Inmate    (RESTREPO-HOYOS, RUBEN DARIO. Register No.: 40969-037)

_____

Date

_____         _____

Unit Manager / Chairperson                              Case Manager

_____         _____

Date                                                                     Date



## Individualized Reentry Plan - Program Review  (Inmate Copy)

SEQUENCE: 01266179

Dept. of Justice / Federal Bureau of Prisons

Team Date: 12-31-2019

Plan is for inmate: RESTREPO-HOYOS, RUBEN DARIO  40969-037

| | |
|---|---|
| Facility: | MVC  MOSHANNON VALLEY CI |
| Name: | RESTREPO-HOYOS, RUBEN DARIO |
| Register No.: | 40969-037 |
| Age: | 65 |
| Date of Birth: | 01-20-1954 |

| | |
|---|---|
| Proj. Rel. Date: | 11-06-2021 |
| Proj. Rel. Mthd: | GCT REL |
| DNA Status: | NYM02703 / 02-25-2013 |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| POSSIBLE DEPORTATION | RELODGE 06-01-2016 ALLENWOOD, PA |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MVC | UNT D AM | UNIT D WORKER AM | 06-11-2019 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MVC | ESL EXEMPT | ESL NEED-PERMANENTLY EXEMPT | 10-29-2014 |
| MVC | GED UNSAT | GED PROGRESS UNSATISFACTORY | 02-08-2016 |
| MVC | GED XN | EXEMPT GED NON-PROMOTABLE | 06-27-2016 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MVC | C | CONT. ED. ENGLISH GRAMMAR | 02-27-2019 | 06-21-2019 |
| MVC | W | ESL/LITERACY 1400-1530 | 01-14-2016 | 02-02-2016 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| ** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ** | |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 08-24-2005 |
| SCRN1-MH | SCRN1-MENTAL HEALTH | 09-22-2014 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 09-23-2019 |
| WGT 15 LB | WEIGHT-NO LIFTING OVER 15 LBS | 09-23-2019 |
| YES F/S | CLEARED FOR FOOD SERVICE | 09-23-2019 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED WAIT HX | DRUG EDUCATION WAIT-RQ HIST | 10-06-2014 |

### FRP Details

| Most Recent Payment Plan |
|---|

FRP Assignment:  **COMPLT**   **FINANC RESP-COMPLETED**   Start: 10-22-2014

Inmate Decision:  **AGREED**   **$25.00**   Frequency: **QUARTERLY**

Payments past 6 months:   **$0.00**   Obligation Balance: **$75.00**

#### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $75.00 | IMMEDIATE | WAIT PLAN |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |

#### Payment Details

Trust Fund Deposits - Past 6 months:  $1,071.96        Payments commensurate ?   Y

New Payment Plan:  [ ** No data ** ]

---



## Individualized Reentry Plan - Program Review  (Inmate Copy)
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: RESTREPO-HOYOS, RUBEN DARIO  40969-037

SEQUENCE: 01266179
Team Date: 12-31-2019

Most Recent Payment Plan

**Progress since last review**

Earned satisfactory/ average work evaluations as a Unit Orderly, maintained clear conduct, and completed English Grammar class.

**Next Program Review Goals**

Earn good work evaluations.
Maintain clear conduct.
Enroll in educational/vocational classes.
**Watch the callouts for the 40 hour drug program.
His short term goal would be to enroll in a literacy, wellness, or leisure course.
Participate in organized recreational activities.
Stay in contact with family and friends.

**Long Term Goals**

Completed by 12-31-2020.

Earn good work evaluations as a Unit Orderly to demonstrate good work ethic.
Maintain clear conduct to ensure no loss of privileges and to earn all available good conduct time.
Enroll in educational/vocational classes to further your education and to learn a skill/ trade to be used upon release.
**Watch the callouts for the 40 hour drug program to learn the long term effects of alcohol/ drug abuse.
His long term goal would be to complete an ACE, wellness or leisure class by next program review.
Participate in organized recreational activities, hobby craft, and reading books to promote good health and well being.
Stay in contact with family and friends by writing letters, telephone calls, and visits to maintain a strong support system.

**RRC/HC Placement**

No.
Criminal alien releasing to custody of ICE.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources : N/A
- Offense : N/A
- Prisoner : N/A
- Court Statement : N/A
- Sentencing Commission : N/A

Criminal alien releasing to custody of ICE

**Comments**

ITTCO, No Current Treaty exists between the United States and the foreign country.



**Individualized Reentry Plan - Program Review (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: RESTREPO-HOYOS, RUBEN DARIO   40969-037

SEQUENCE: 01266179
Team Date: 12-31-2019

Name: RESTREPO-HOYOS, RUBEN            DNA Status:   NYM02703 / 02-25-2013
Register No.: **40969-037**
Age: 65
Date of Birth: 01-20-1954

_____

Inmate    (RESTREPO-HOYOS, RUBEN DARIO. Register No.: 40969-037)

_____

Date

_____          _____
Unit Manager / Chairperson                 Case Manager

_____          _____
Date                                       Date

# FOR YOUR INFORMATION

The GEO Group, Inc.

## INMATE REQUEST TO A STAFF MEMBER
## PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

**TO/PARA:** MEDICAL — DR REVAK

(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

**SUBJECT:** STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE,
AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

**RAZON:** ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA
ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

TODAY I WAS GIVEN A NEW MEDICATION; BRIMONIDINE TARTRATE
OPHTHALMIC SOLUTION 0.15%. HOWEVER, IN THE WARNINGS AND PRECAUTIONS
SECTION IT SAYS THAT THIS MEDICATION SHOULD BE USED WITH CAUTION
IN PATIENTS WITH CORONARY INSUFFICIENCY. AS YOU CAN PROBABLY IMAGINE,
I'M HESITANT TO USE IT SINCE I SUFFERED A HEART ATTACK IN 2015 HERE AT
MOSHANNON VALLEY AND STILL DEAL WITH THIS EVERYDAY. THANK YOU!

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

**NAME/NOMBRE:** RUBEN RESTREPO          **No./Numero:** 40969-037

**CASE MANAGER:** MS. MOSCHELA          **DATE:** 11/06/20

**WORK ASSIGNMENT/ASIGNACION DE TRABAJO:** EDU PROG          **UNIT/UNIDAD:** D-1/14 L

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be
interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may
result in no action being taken.

NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera
entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema
especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE)
DATE/FECHA: 11-10-20
DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

The Dr has review this and feel it should
be prescribed to you

K. Andrasko, RN
Director of Nursing
MVCF

Officer/Official

IM-004 ATTACHMENT A

**GEO**

The GEO Group, Inc.

# INMATE REQUEST TO A STAFF MEMBER
# PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: Mr. Oddo FA.

(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

**SUBJECT:** STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

**RAZON:** ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

On 11-13-20 - 225 PM - I WAS cursed out por the CO. who WAS passing out the toilet paper (MR @oKlin) only becAuse I AsKed him to weAR his mAsK properly (his nose wAs not covered) I WAs told, Quote, shut the puck up. this hAs not been the pirst time And only I hAd been cursed out by one of your stAff in 2 prior ocAtions, I WAs told by 2 diperent CO's, Quote puck You, por the sAme reAson, then on 11-14-20 cont.→

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Restrepo H. Ruben D   No./Numero: 40969-037

CASE MANAGER: Ms Moschella   DATE: 11-14-20

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: QE   UNIT/UNIDAD: D1-14L

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE)
DATE/FECHA: 12/02/2020
DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

Please see attached response.

Officer/Official

IM-004 ATTACHMENT A

# MEMORANDUM



**Secure Services™**

Date:   November 25, 2020

To:      Restrepo-Hoyos, Ruben No. 40969-037
         D Unit D1-14L

From:   L.L. Oddo, Facility Administrator

GEO Secure Services™
Moshannon Valley Correctional Facility
555 GEO Drive
Philipsburg, PA 16866
Tel: 814-768-1200

www.geogroup.com

---

**RE:    COPOUT RESPONSE**

---

I am in receipt of your Inmate Request to Staff dated November 14, 2020, concerning issues with staff wearing masks.

Specifically, you indicated in the cop-out dated, November 13 and 14, 2020, that you witnessed staff not wearing their mask and using unprofessional language. I appreciate your concern and take matters of this nature seriously. Although I cannot discuss matter involving staff, I assure you that this matter was addressed.

I hope that this addressed your concerns.

D1-14L

# MEMORANDUM

**GEO**

*Secure Services™*

Date:   September 11, 2020

To:    Restrepo-Hoyos, Ruben No. 40969-037
       In Unit D1-14L

From:  L. J. Oddo, Facility Administrator

**GEO Secure Services™**
**Moshannon Valley Correctional Facility**
555 GEO Drive
Philipsburg, PA 16866
Tel: 814-768-1200

www.geogroup.com

---

**RE:    COPOUT RESPONSE**

---

I am in receipt of your Inmate Request to Staff dated August 17, 2020, concerning issues with staff wearing masks.

Specifically, you indicated in the cop-out dated, August 17, 2020, that you witnessed staff talking directly to you and not wearing their mask.  I appreciate your concern and take matters of this nature seriously.  Although I cannot discuss matter involving staff, I assure you that this matter was addressed.

I hope that this addressed your concerns.

MUCF
WARDEN'S OFFICE

SEP 0 3 2020
*rec*

**GEO**
The GEO Group, Inc.

# INMATE REQUEST TO A STAFF MEMBER
# PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: MR. ODDO

(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT: STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

RAZON: ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

Sir, Friday agust 14 at 5pm. I was standing in front of the tv. watching a show, I heard a clap next to me. like trying to call my attention I turned my head to see who was, As soon as I did it C/O Belcher (CO.) started talking to me. He was so close to me, that I felt his breath going inside my breathing system →

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MÁS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Restrepo H. Ruben D.    No./Numero: 40969-037

CASE MANAGER: Ms. Muschella    DATE: 08-17-20

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: P.E.    UNIT/UNIDAD: D1-14L

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE)
DATE/FECHA:
DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

Officer/Official

IM-004 ATTACHMENT A

Mr. Belcher, ~~[struck through]~~ ask on. ~~[struck through]~~ I told him he was not supposed to talk to inmates without wearing his mask. He did not care, he started walking like if nothing had happened. He did not put it back on. I went to the Lt. and gave him the complaint, then he put his mask back on, but the next day, saturday the 15 he (Mr. Belcher) was shouting calls from the pod door, again not wearing his mask. Please! ~~[struck through]~~ talk to Mr. Belcher and try to make him understand that if ~~[struck through]~~ he is an asymtomatic infected and I got infected by his irresponsable behavior, I will most likely to die for the virus (covid 19 than I survived to it. I'm 67, and have heart people

thanks for your attention.

*Complaint #2 about*
*Mr. Belcher same problem*

MVCF
WARDEN'S OFFICE

AUG 3 1 2020
kic

**GEO**
The GEO Group, Inc.

# INMATE REQUEST TO A STAFF MEMBER
# PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

**TO/PARA:** Mr. Oddo   FA.
(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

**SUBJECT:** STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE,
AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)
**RAZON:** ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA
ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

Sr. Today Agust 18, Mr. Belcher (CO.) Again
got into our pod at 6:30 pm pull down
his mask uncovering his mouth and started
shouting while walking around, to link
up for chaw after it was done, he put
his mask back on. Does it make any
sence? If this CO. gets infected →

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

**NAME/NOMBRE:** Restrepo H. Ruben U.   **No./Numero:** 40969-037

**CASE MANAGER:** Ms. Moschella   **DATE:** 08-18-20

**WORK ASSIGNMENT/ASIGNACION DE TRABAJO:** TE   **UNIT/UNIDAD:** D1-14L

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be
interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may
result in no action being taken.
NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera
entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema
especificamente puede resultar en que no se tome alguna accion.

**DISPOSITION:** (DO NOT WRITE IN THIS SPACE)
**DATE/FECHA:**
**DISPOSICION:** (NO ESCRIBA EN ESTE ESPACIO)

*please see attached response.*

Officer/Official

IM-004 ATTACHMENT A

with the ... ... ... many of us
(the inmates) will pay the consequence of
his irresponsable behavior. there was
already one case positive on your staff, we
~~were~~ (the inmates) were lucky no one was
infected, but I'm sure that if mr Belcher(co)
~~gets~~ gets infected, many of us is not going to
make it. It's clear that to mr Belcher (co.)
our lives (the inmates) does not mean nothing.
None of us (the inmates) feel safe when thing
like this happen. I does not matter if you
keep us under a lockdown if your staff
don't do the right thing, they are the only
ones who can get us infected.

thanks for your attention.

# MEMORANDUM



**Secure Services™**

Date:    September 9, 2020

To:      Restrepo-Hoyos, Ruben No. 40969-037
         Unit D1-14L

From:    L. J. Oddo, Facility Administrator

**GEO Secure Services™**
**Moshannon Valley Correctional Facility**
555 GEO Drive
Philipsburg, PA 16866
Tel: 814-768-1200

www.geogroup.com

---

**RE:      COPOUT RESPONSE**

---

I am in receipt of your Inmate Request to Staff dated August 18, 2020, concerning issues with staff wearing masks.

Specifically, you indicated in the cop-out date, August 18, 2020, that you witnessed staff walking around the pods while not wearing a mask properly.  I appreciate your concern and take matters of this nature seriously.  Although I cannot discuss matter-involving staff, I assure you that this matter was addressed.

I hope that this addressed you concerns

# GEO
### The GEO Group, Inc.

## INMATE REQUEST TO A STAFF MEMBER
## PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: Mr. Oddo

(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

**SUBJECT:** STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

**RAZON:** ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

Sir, Friday agust 14 at 5pm. I was standing in front of the tv. watching a show, I heared a clap next to me like trying to call my attention I turned my head to see who was, As soon As I did it Mr Belcher (CO.) started talking to me. He was so close to me, that I felt his breath going inside my breathing system →

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MÁS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Restrepo H. Ruben D.    No./Numero: 40969-037

CASE MANAGER: Ms. Moschella    DATE: 08-17-20

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: P.E.    UNIT/UNIDAD: D1-14L

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE)
DATE/FECHA:_____
DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

_____
_____
_____

Officer/Official

IM-004 ATTACHMENT A

MR. Belcher was not wearing his mask on ~~his mouth~~ I told him he was not suppose to talk to inmates without wearing his mask. He did not care, he started walking like if nothing had happened. He did not put it back on. I went to the Lt. and gave him the complaint, then he put his mask back on, but the next day, Saturday the 15 he (MR. Belcher) was shouting calls from the pod door, again not wearing his mask. ¡Please! ~~will~~ talk to MR. Belcher and try to make him understand that if ~~he~~ he is an asymtomatic infected and I got infected by his irresponsable behavior, I will most likely to die for the virus (covid) than I survived to it. I'm 67, and have heart problems

thanks for your attention.

DI -14L



Secure Services

# MEMORANDUM

**Moshannon Valley**
**Correctional Facility**
555 GEO Drive
**Philipsburg, PA 16866**

Date: July 27, 2020

www.geogroup.com

To:  Inmate Restrepo
       Reg No.: 40969-037

From:  L.J. Oddo, Facility Administrator

Re:  Inmate Request to a Staff Member

---

I am in receipt of your Inmate Request to a Staff Member, received July 24, 2020, regarding mask compliance.

MVCF is working to keep the population as well as staff healthy during this time.  A mask is to be worn by staff at all times when social distancing can not be maintained.  Additionally, inmates have been issued masks to wear.  You are encouraged to wear your mask as well when social distancing can not be maintained.  The staff compliance issue will be addressed as appropriate.

# GEO
### The GEO Group, Inc.

## INMATE REQUEST TO A STAFF MEMBER
## PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: Mr. Oddo    T.A.
### (NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT: STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE,
AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)
RAZON: ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA
ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

Sr. Could you please talk to ms. Corrigan (nurse)
and asked to stop uncovering her nose and mouth
when talking to inmates, when she is doing her pill
line rounds? It's like if she wants to get us
infected if she is infected. Otherwise I don't
understand why she keeps doing it.
thanks for your help. Last time she did it 07/17/20, 07/19/2

*yourself*

### (USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
### (USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Restrepo H. Ruben D.    No./Numero: 40969-037

CASE MANAGER: Ms. Moschella    DATE: 07/20/20

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: P6    UNIT/UNIDAD: D1-14L

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be
interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may
result in no action being taken.
NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera
entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema
especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE)
DATE/FECHA:_____
DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

_____

_____

_____

_____

_____
Officer/Official

IM-004 ATTACHMENT A

MVCC PS IM-004  10/2005                    Page 1 of 1

D1-14L

# MEMORANDUM

**GEO**

*Secure Services™*

Date:   July 24, 2020

**GEO Secure Services™**
**Moshannon Valley Correctional Facility**
555 GEO Drive
Philipsburg, PA 16866
Tel: 814-768-1200

To:   Restrepo-Hoyos, Ruben No. 40969-037
        D Unit D1-14L

www.geogroup.com

From:   I. J. Oddo, Facility Administrator

---

RE:   **COPOUT RESPONSE**

_____

I am in receipt of your Inmate Request to Staff dated July 9, 2020, concerning issues with staff wearing masks.

Specifically, you indicated in the Cop-out date, July 9, 2020, that you witnessed staff walking around the pods while not wearing a mask.  I appreciate your concern and take matters of this nature seriously.  Although I cannot discuss matter-involving staff, I assure you that this matter was addressed.

I do encourage you as well as all inmates to wear the masks provided to you each week as added protection for you, other inmates and staff alike.

I hope that this addressed you concerns





MVCF
WARDEN'S OFFICE

JUL 2 1 2020
ric

## INMATE REQUEST TO A STAFF MEMBER
## PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

**TO/PARA:** Mr. ODDO    7 A.
(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

**SUBJECT:** STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE,
AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

**RAZON:** ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA
ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

Sr, Mr Kopchik ~~this~~ is the CO. Who
was walking around inside the pods
in several occasions, not wearing his
mask on. It happened on tuesday 7 and
wensday 8.

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

**NAME/NOMBRE:** Restrepo H. Roberto    **No./Numero:** 40969-037

**CASE MANAGER:** Ms. Moschella    **DATE:** 07/09/20

**WORK ASSIGNMENT/ASIGNACION DE TRABAJO:** P.E.    **UNIT/UNIDAD:** D1-14 L

**NOTE:** If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

**NOTA:** Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

**DISPOSITION:** (DO NOT WRITE IN THIS SPACE)
**DATE/FECHA:** _____
**DISPOSICION:** (NO ESCRIBA EN ESTE ESPACIO)

_____

Officer/Official

IM-004 ATTACHMENT A

MVCC PS IM-004  10/2005                                    Page 1 of 1

# MEMORANDUM



Secure Services

Moshannon Valley
Correctional Facility
555 GEO Drive
Philipsburg, PA 16866

www.geogroup.com

Date: July 2, 2020

To:  Inmate Restrepo
      Reg. No.: 40969-037

From:  I.J. Oddo, Facility Administrator

Re:  Inmate Request to a Staff Member

---

I am in receipt of your Inmate Request to a Staff Member, received July 1, 2020, regarding mask compliance.

MVCF is working to keep the population as well as staff healthy during this time. A mask is to be worn by staff at all times when social distancing can not be maintained. Additionally, inmates have been issued masks to wear. You are encouraged to wear your mask as well when social distancing can not be maintained. The staff compliance issue will be addressed as appropriate.



**The GEO Group, Inc.**

WARDEN'S OFFICE

JUL 0 1 2020

# INMATE REQUEST TO A STAFF MEMBER
# PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: Mr. Oddo   T.A.

(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT:   STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE,
AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

RAZON:   ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA
ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

Sr. thursday june 25, 15 to noon the pill
line nurse when I went to her to get my
medication she pull down her mask and
started talking to me (this has not been the
first time she does it.) I had wrote her many
times for the same reason.) I ask her for my →

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)

(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Restrepo H. Ruben D No./Numero: 40969-037

CASE MANAGER: Ms. Moschella   DATE: 06/26/20

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: PE.   UNIT/UNIDAD: DJ-14c

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be
interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may
result in no action being taken.

NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera
entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema
especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE)

DATE/FECHA:

DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

Officer/Official

IM-004 ATTACHMENT A

MEDICATION FOR THEIR NURSES. AND AFTER I WAS going to start a grievance against her, she did not give me my medication at that time. I went to get my lunch, when I came back to the unit Lt. george, was waiting for me, he asks me to folow him, when we got to the spot he wants us to be, he started threating me verbally aggressive telling me that if I keep bothering his staff he was going to throu me to the SHU and I was not going to see the sun light untill I get move or transfer from this institution. I'm not trying to give no body a hard time, I'm just trying to protect my life when I ask any of the staff notto uncover their faces while talking to inmates. Am I doing something against the rules when I do this?
Does the Lt. have the right to threaten me because I'm trying to protect my life and the inmates population Please try to do something efective, so this behavior gets to an end. about it

Many or some C.O.s are doing the same thing the nurse is doing.
Thanks for your attention an help.

Pro 40969-037

05/12/20

# GEO

## The GEO Group, Inc.

## INMATE REQUEST TO A STAFF MEMBER
## PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: Ms Guider And Mr Oddo

(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT: STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

RAZON: ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

today At 7.30 they the nurse that was doing the pill line in D Unit, walkin without wearing her mask on and was talking on top of the medication she was serving to the people with no mask on, Knowing she that among that people Are very vulnerable inmates that could die if they get infected with the coronn virus →

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Restrepo H. Ruben D.    No./Numero: 40969-037

CASE MANAGER: Ms Moschella    DATE: 05/12/20

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: PE    UNIT/UNIDAD: D1-14L

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE)
DATE/FECHA: 5/13/20
DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

MVCF is working to keep the population as well as staff save. A mask is to be worn by staff. This issue will be evaluated and dealt with as appropriate. Thank you.

Officer/Official

C. Guiher, RN
Health Service Administrator
MVCF

IM-004 ATTACHMENT    RECEIVED
5-13-20

it's in your hands to do something ~~Avoid~~
prevent that some of us die due to the
negligence of some of your nurses and
or staffs members. We only can get in-
fected if you got us infected.
for your attention thanks a lot.



**The GEO Group, Inc.**

**Moshannon Valley Correctional Center**

05/16/20
05/16/20

## INMATE REQUEST TO A STAFF MEMBER
## PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: _Ms. Guider_
(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT:   STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU
DESIRE ASSISTANCE AND WHAT YOU THINK SHOULD BE DONE. (GIVE
DETAILS)

RAZON:   ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL
DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

_Ms. Guider, I don't know if you talked to nurse_
_I gave you the complaint about 05/12/20._
_today, May 16/20, the same nurse was doing the_
_noon pill line round in D podit, I went to pick_
_up my medication, when I was 2 feet away from_
_her, she pulled her mask down, living her mouth_

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.) (USE EL ATRO LADO DE LA HOJA ES MAS ESPACIO ES ECESITADO.)

NAME/NOMBRE: _Restrepo H. Ruben D._

NO. / Numero: _40969-1037_

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: _P.E._   UNIT/UNIDAD: _D1-14L_

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if
necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem will result in no action being taken.
NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta más rapida y inteligentemente. Usted sera entrevistado si es
necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se
tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE)  DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

DATE/FECHA: _5-19-20_

_Your concern will be looked into and dealt with_
_as deemed appropriate._

RECEIVED
5-19-20

K. Andrasko, RN
Director of Nursing
MVCF

Officer/Official

SEC-003     Updated 08-2010

UNCOVER, (I ask her nicely) I told her to put it back on, and she started arguing that why I was not wearing mine? It is not mandatory for me to wear a mask on, but I think it is for her, to do it. I don't go out, as she, does. I think this nurse, is a threat to our (inmates) health, (lives). Is she doing it in purpose? I hope you talk to her, ~~_____~~ in a way she can understand ~~_____~~ what could happen if one of us gets infected. If this problem keeps on going, I will have no other choice but to start a grievance against whomsever is responsable for our care (health) in this institution.



**The GEO Group, Inc.**

**Moshannon Valley Correctional Center**                SUNDAY 05/17/20

## INMATE REQUEST TO A STAFF MEMBER
### PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: Ms. Guider.

(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT:   STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU
DESIRE ASSISTANCE AND WHAT YOU THINK SHOULD BE DONE.  (GIVE
DETAILS)

RAZON:   ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL
DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO.  (DAR DETALLES)

Seem to me that the nurse I been
complaining about her behavior, don't really
care for whatever could happen if any of us
gets infected with the corona virus. today a boo
11 AM, she got to pod 1 unit D. asked for the
door to gets open, when it got open, she →

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.) (USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Restrepo H. Ruben D.

NO. / Numero: 40969-037

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: PE         UNIT/UNIDAD: D1-14 L

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.  You will be interviewed, if
necessary, in order to satisfactorily handle your request.  Your failure to specifically state your problem may result in no action being taken.
NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente.  Usted sera entrevistado si es
necesario para poder manejar su peticion satisfactoriamente.  Su negligencia en declarar su problema especificamente puede resultar en que no se
tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE)  DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

DATE/FECHA: 5-19-20

Your concern will be looked into and dealt with
as deemed appropriate.

RECEIVED
5-19-20

Officer/Oficial K. Andreako, RN
Director of Nursing
MVCF

SEC-003     Updated 08-2010

pulled her mask down an mp. her call for her first pill line pacient, 5 secons later the inmate was at the door in front of her, having his medication. As I understand whatever we spell out of our mouths stays on the air for at least 8 minutes, if she is infected with no sintoms or eventually she got infected she is going to get a lot of us killed. by geting us infected. Drastic measures if she does not want to understand or realize how serious the problem is, should be taken against her.

# MEMORANDUM

**GEO**
*Secure Services™*

Date:   May 20, 2020

**GEO Secure Services™**
**Moshannon Valley Correctional Facility**
555 GEO Drive
Philipsburg, PA 16866
Tel: 814-768-1200

To:   Restrepo-Hoyos, Ruben No. 40969-037
D Unit D1-14L

From:   J. Oddo, Facility Administrator

www.geogroup.com

---

**RE:    COPOUT RESPONSE**

---

I am in receipt of your Inmate Request to Staff dated May 14, 2020, concerning issues with staff wearing masks.

Specifically, you indicated in the Cop-out date, May 14, 2020, that you witnessed staff enter the D Unit bubble and remove their masks two days after you wrote this Inmate Request to Staff.  I appreciate your concern and take matters of this nature seriously.  Although I cannot discuss matter-involving staff, I assure you that this matter was addressed.

I do encourage you as well as all inmates to wear the masks provided to you each week as added protection for you, other inmates and staff alike.

I hope that this addressed you concerns

GEO

The GEO Group, Inc.

MVCF
WARDEN'S OFFICE

MAY 2 ? 2020
Rec

## INMATE REQUEST TO A STAFF MEMBER
## PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: *Mr. Oddo, FA.*

(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT:   STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE,
AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

RAZON:   ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA
ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

*Today, friday, 05/15/20, 3 outsiders And one staff
members, 10 minutes pass 9AM, came into D unit
wearing their masks properly, they went into
the buble. As soon As they got in there, they took
them off and stayed there talking, in company
of the 2 MVCC oficers, that were working at that
time, who also were not wearing their masks →*

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: *Restrepo H. Ruben D*     No./Numero: *40969-037*

CASE MANAGER: *Ms Moschella*     DATE: *05/14/20*

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: *PS.*     UNIT/UNIDAD: *D 1-14C*

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.  You will be
interviewed, if necessary, in order to satisfactorily handle your request.  Your failure to specifically state your problem may
result in no action being taken.

NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente.  Usted sera
entrevistado si es necesario para poder manejar su peticion satisfactoriamente.  Su negligencia en declarar su problema
especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE)
DATE/FECHA:_____
DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

_____

_____

_____

_____

_____
Officer/Official

IM-004 ATTACHMENT A

# FOR YOUR INFORMATION



The GEO Group, Inc.

**Moshannon Valley Correctional Center**

05/16/20
05/16/20

## INMATE REQUEST TO A STAFF MEMBER
## PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: _Ms. Guider_
(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT:   STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU
DESIRE ASSISTANCE AND WHAT YOU THINK SHOULD BE DONE. (GIVE
DETAILS)

RAZON:   ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL
DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

_Ms Guider, I don't know if you talked to nurse
I gave you the complaint about, on 05/12/20.
Today, May 16/20, the same nurse was doing the
noon pill line round in D poduit, I went to pick
up my medication, when I was 2 feet away from
her, she pulled her mask down, living her mouth_

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.) (USE EL ATRO LADO DE LA HOJA ES MAS ESPACIO ES ECESITADO.)

NAME/NOMBRE: _Restrepo H. Ruben D._

NO. / Numero: _40969-037_

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: _P.E._   UNIT/UNIDAD: _D 1 - 14 L_

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if
necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.
NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida e inteligentemente. Usted sera entrevistado si es
necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se
tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE) DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

DATE/FECHA: _5-19-20_

_Your concern will be looked into and dealt with
as deemed appropriate._

K. Andraske, RN
Director of Nursing
MVCF

Officer/Official

RECEIVED
5-19-20

SEC-003   Updated 08-2010

# FOR YOUR INFORMATION

The GEO Group, Inc.

## INMATE REQUEST TO A STAFF MEMBER
## PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: Ms Guider And Mr Oddo

(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT: STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

RAZON: ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

today At 7.30 AM the nurse that was doing the pill line in D Unit, walked in without wearing her mask on and was talking on top of the medication she was serving to the people with no mask on, knowing she that Among that people Are very vulnerable inmates that could die if they get infected with the coronh virus →

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA ES MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Restrepo H. Ruben D. No./Numero: 40969-037

CASE MANAGER: Ms Moschella DATE: 05/12/20

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: PE UNIT/UNIDAD: D1-14L

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE)
DATE/FECHA: 5-13-20
DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

All staff is required to wear a simple face mask. The issue will be looked into and delt with as deemed appropriate.

K. Andreate, RN
Director of Nursing
MVCF

Officer/Official

IM-004 ATTACHMENT A

RECEIVED 5-13-20

MVCC PS IM-004 10/2005 Page 1 of 1



**The GEO Group, Inc.**

# INMATE REQUEST TO A STAFF MEMBER
# PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

**TO/PARA:** Kitchen Manager

(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

**SUBJECT:**   STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE,
AND WHAT YOU THINK SHOULD BE DONE.  (GIVE DETAILS)

**RAZON:**   ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA
ASSISTANCIA Y LO QUE DEBE SER HECHO.  (DAR DETALLES)

Sir the MVCC inmate population would
be very grateful if you tell your crew
kitchen workers, including the C.O. to
cover their mouth while they working.
specially on the main line and salad bar
thank you.

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)

(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

**NAME/NOMBRE:** Restrepo H. Ruben **No./Numero:** 40969-037

**CASE MANAGER:** Ms. Moschella   **DATE:**

**WORK ASSIGNMENT/ASIGNACION DE TRABAJO:** Pro E.   **UNIT/UNIDAD:** D1-14

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.  You will be
interviewed, if necessary, in order to satisfactorily handle your request.  Your failure to specifically state your problem may
result in no action being taken.

NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera
entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema
especificamente puede resultar en que no se tome alguna accion.

**DISPOSITION: (DO NOT WRITE IN THIS SPACE)**

**DATE/FECHA:** 03/18/2020

**DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)**

We will retrain the workers about wearing
beard guards and using safe food handling
procedures. I am looking into a way to address
your additional (Stanton Fc Clerk
concern.

**Officer/Official**

IM-004 ATTACHMENT A

May 19,2020 3:32 PM

# FOR YOUR INFORMATION



The GEO Group, Inc.

**Moshannon Valley Correctional Center** *Sunday 05/17/2*

### INMATE REQUEST TO A STAFF MEMBER
### PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: Ms. Guider.

(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT:  STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

RAZON:  ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

Seem to me that this nurse I been complaining about "sir behavior, don't really care for whatev r could happen if any of us gets infected with the corona virus". today about 11AM, she got to pod 1 unit D, Asked for the door to be gets open, when it got open she →

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.) (USE EL ATRO LADO DE LA HOJA ES MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Restrepo H. Ruben D.

NO. / Numero: 40969-037

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: PE   UNIT/UNIDAD: D1-14C

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.
NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE) DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

DATE/FECHA: 5-19-20

Your concern will be looked into and dealt with as deemed appropriate.

RECEIVED 5-19-20

Officer/Offic  M. Andrasko, RN
Director of Nursing
MVCF

SEC-003   Updated 08-2010

RUBEN RESTREPO HOYOS
40969-037 D-1/14L
MVCC
555 GEO DRIVE
PHILIPSBURG, PA 16866

HONORABLE JUDGE VICTOR MARRERO
DANIEL PATRICK MOYNIHAN UNITED STATE
COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007-1312