```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
                                    :      **12 CR 859(VM)**
         -against-                  :      <u>ORDER</u>
                                    :
RUBEN RESTREPO-HOYAS,               :
                                    :
              Defendant.            :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

   The Clerk of Court is hereby directed to mail a copy of the Court's Order at Docket Number 456 to Ruben Restrepo-Hoyas, Register Number 40969-037, at Moshannon Valley Correctional Facility, 555 GEO Drive, Philipsburg, PA 16866, or wherever he is subsequently transferred upon the facilities closing.

   The Clerk of Court is also directed to notify the Bureau of Prisons of the same Order so that Mr. Restrepo-Hoyas's release into ICE detention may be facilitated.

**SO ORDERED**

DATE: March 23, 2021
      New York, New York

_____
Victor Marrero
U.S.D.J.